**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MICHAEL OLIVER GIBBS, | ) | NO. ED CV 06-1227-DSF(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| A. HEDGEPETH, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED:   5/25/11

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE